IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

AMER SALAMEH,

    Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, a foreign corporation,

    Defendant.

_____/

GENERAL JURISDICTION DIVISION
CASE NO.

## COMPLAINT FOR BREACH OF CONTRACT

COMES NOW, Amer Salameh ("Plaintiff"), by and through the undersigned counsel, and hereby sues Scottsdale Insurance Company ("Defendant"), and in support thereof state the following:

1. This is an action for breach of an insurance contract and for damages that exceed Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and fees.

2. Plaintiff is a single person who owns the property and resides at 2249 Cleveland Ave, Ft Myers, FL 33901 (the "Property"). *Plaintiffs is sui juris.*

3. Upon information and belief, Defendant is a foreign corporation doing business in Florida from a principal office located at One West Nationwide Blvd., 3-04-101, Columbus, OH 43215-2220.

4. Defendant regularly conducts business in Lee County, Florida.

5. Defendant agreed to insure the Property under Scottsdale Insurance Company Policy Number CPS3242650 (the "Policy"). See true and correct copy of the Policy as provided to Plaintiff, is attached hereto, and incorporated herein, as **Exhibit "A"**.

6. At all times material hereto, in consideration of a premium paid by Plaintiff, the

Policy was in full force and effect.

7. On or about September 12, 2020, the Property suffered a direct, physical loss, resulting in severe damage, caused by a covered peril – specifically, roof damage and interior water damage from a windstorm (the "Loss") – with an estimated cost to repair of $178,788.08 (the "Damages Estimate"). See true and correct copy of Plaintiff's Damages Estimate, attached hereto, and incorporated herein, as **Exhibit "B".**

8. Plaintiff submitted a claim seeking coverage under the Policy for the damage sustained by the Loss.

9. Defendant assigned claim number 02002152 to the Loss (the "Claim").

10. After conducting its investigation of the Claim, Defendant denied coverage for the Loss and refused to indemnify Plaintiff for the damages sustained. See true and correct copy of Defendant's Coverage Letter is attached hereto and incorporated herein as **Exhibit "C".**

11. Plaintiff has lost meaningful use and enjoyment of the Property as it remains damaged and unrepaired.

12. Defendant has failed and refused to provide coverage or payment to Plaintiff for the damages stemming from the Loss, in accordance with the terms of the Policy.

13. Plaintiff has been obligated to retain the undersigned attorneys for the prosecution of this action and related efforts to enforce the Policy and is entitled to reasonable attorney's fees pursuant to Florida Statutes §§ 626.9373 and/or 627.428.

14. All conditions precedent to the filing of this lawsuit have occurred or have otherwise been satisfied.

## COUNT I - BREACH OF CONTRACT

15. Plaintiff realleges and incorporates all of the above in support of this count.

16. The Policy is a valid written contract between Plaintiff and Defendant, wherein Plaintiff agreed to pay a premium and Defendant agreed to insure the Property.

17. Plaintiff paid all premiums due under the Policy and fully performed his obligations under the Policy.

18. Under the Policy, Defendant was obligated to pay the claim for damages, which were covered by the Policy.

19. Defendant has refused to pay the amounts due under the Policy.

20. Defendant breached the contract by repudiating its obligations to Plaintiff and denying Plaintiff the benefits of the Policy.

21. At all times material hereto, Plaintiff have satisfied all post-loss obligations under the Policy.

22. As a result of Defendant's breach of the contract, Plaintiff has suffered and continues to suffer damages.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court award a judgment for damages against Defendant for breaching the contract by wrongfully denying coverage and payment under the Policy and for any additional relief as permitted by law and as this Honorable Court deems appropriate, including interest, costs, attorney's fees pursuant to Florida Statutes §§ 626.9373 or 627.428, and all equitable remedies or other relief that may be appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, pursuant to the Rules of Civil Procedure, hereby demands trial by jury on all issues so triable.

**DESIGNATION OF ATTORNEY E-MAIL ADDRESS PURSUANT TO RULE 2.516**

The Professional Law Group, PLLC hereby designates the following email addresses for the purpose of service of all documents required to be served via email in this proceeding:

Primary email address:     riedeservice@theprolawgroup.com
Secondary email address:   rarnold@theprolawgroup.com

Dated: **February 24, 2023.**

                                              Respectfully submitted,

                                              _/s/ Ried J. Arnold, Esq._
                                              **Ried J. Arnold, Esq.**
                                              The Professional Law Group, PLLC
                                              Florida Bar No. 45295
                                              4600 Sheridan St., Suite 303
                                              Hollywood, FL 33021
                                              Tel.  (954) 284-0900
                                              Fax.  (954) 284-0747
                                              E-mail: rarnold@theprolawgroup.com
                                              E-mail: riedeservice@theprolawgroup.com
                                              _Attorneys for Plaintiff, Amer Salameh_