UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO.: 2:23-CV-00206-SPC-KCD

AMER SALAMEH a/k/a MARK SALAMEH
AND SALION, INC.,

        Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

        Defendant.

_____/

## MEDIATOR'S REPORT

        The above captioned case was mediated by Zoom on April 15, 2024. Amer Salameh appeared for all Plaintiffs along with their attorney Dustin Hite.  Chris Logan appeared for Defendant along with its attorney Brett Smith.

        Mediation resulted in a SETTLEMENT AS TO ALL ISSUES.

/s/ Eric S. Kleinman
**Eric S. Kleinman**
K&A Mediation
Florida Bar No. 964158
Mediator No. 17650RA
*Florida Supreme Court Certified Circuit Court & Appellate Mediator*
*U.S.D.C., Southern/Middle District of Florida Certified Mediator*

2525 Ponce De Leon Boulevard, #300
Coral Gables, Florida 33134
Telephone: (305) 377-2728
Email: eric@kamediation.com
www.kamediation.com

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of the foregoing was eserved to the following this 15th day of March, 2024:

All Counsel of Record

/s/ Eric S. Kleinman